JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

APPENDIX H

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provid by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiati he civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SANDRA P. SYKES

## DEFENDANTS
STONELEIGH RECOVERY ASSOCIATES, LLC

(b) County of Residence of First Listed Plaintiff  **MONTGOMERY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number) Cary L. Flitter, Esq., and Theodore E. Lorenz, Esq., Flitter Lorenz, P.C., 450 N. Narberth Avenue, Suite 101, Narberth, PA 19072, (610) 822-0782

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☒ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause: FDCPA 15 USC § 1692

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ Yes  ☐ No.

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE 1/14/13

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT                                                                APPENDIX F

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM** to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: __5094 Cold Point Hill Road, Plymouth Meeting, PA  19462-1233__

Address of Defendant: __810 Springer Drive, Lombard, IL 60148__

Place of Accident, Incident or Transaction: __5094 Cold Point Hill Road, Plymouth Meeting, PA  19462-1233__
*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?
(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))     Yes ☐     No ☒

Does this case involve multidistrict litigation possibilities?     Yes ☐     No ☒

RELATED CASE, IF ANY:

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
   Yes ☐   No ☒

CIVIL: (Place ☒ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*
1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☒ All other Federal Question Cases
    (Please specify) FDCPA, 15 USC § 1692

B. *Diversity Jurisdiction Cases:*
1. ☐ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability (Asbestos)
9. ☐ All other Diversity Cases
   (Please specify)

**ARBITRATION CERTIFICATION**
*(Check appropriate Category)*

I, _____, counsel of record do hereby certify:
☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought

DATE: _____     _____     _____
                          Attorney-at-Law              Attorney I.D.

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: __1/14/13__     ___[signature]___     __20771 5__
CIV.609 (4/03)             Attorney-at-Law              Attorney I.D.

**APPENDIX I**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

| | | |
|---|---|---|
| SANDRA P. SYKES | : | CIVIL ACTION |
| V. | : | |
| STONELEIGH RECOVERY ASSOCIATES, LLC | : | NO. |

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a)  Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.                    (    )

(b)  Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits                          (    )

(c)  Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. (  X  )

(d)  Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                                                  (    )

(e)  Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management
     by the court. (See reverse side of this form for a detailed explanation of special
     management cases)                                                                      (    )

(f)  Standard Management – Cases that do not fall into any one of the other tracks.        (    )

| 1/14/13 | | ANDREW M. MILZ |
|---|---|---|
| **Date** | **Attorney at Law** | **Attorney for Plaintiff** |
| (610) 668-0018 | (610) 667-0552 | Amilz@consumerslaw.com |
| **Telephone** | **Fax Number** | **E-Mail Address** |

(Civ.660) 10/02

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA P. SYKES<br>5094 Cold Point Hill Road<br>Plymouth Meeting, PA 19462-1233<br><br>      Plaintiff,<br><br>vs.<br><br>STONELEIGH RECOVERY<br>ASSOCIATES, LLC<br>810 Springer Drive<br>Lombard, IL 60148<br>      Defendant. | CIVIL ACTION NO. |

## COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by a consumer pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 ("FDCPA").

2. The FDCPA requires debt collectors to provide an initial communication to a consumer that gives written notice of the name of the creditor to whom the alleged debt is owed. The creditor's name must be fully and clearly communicated to the consumer. 15 U.S.C. §1692g.

3. Defendant is subject to strict liability for sending a collection letter which violates the validation notice provisions of the FDCPA.

### II. JURISDICTION

4. Subject matter jurisdiction of this Court arises under 15 U.S.C. § 1692k, and 28 U.S.C. § 1331, 1337.

### III. PARTIES

5. Plaintiff Sandra P. Sykes ("Plaintiff") is a consumer who resides in Plymouth Meeting, Pennsylvania at the address captioned.

1

6. Defendant Stoneleigh Recovery Associates, LLC ("Stoneleigh") is an Illinois collection law firm with an office for the regular transaction of business at the address captioned.

7. Defendant regularly engages in the collection of consumer debts in the Eastern District of Pennsylvania using the mails and telephone.

8. Defendant regularly attempts to collect consumer debts alleged to be due another.

9. Defendant is a "debt collector" as that term is contemplated in the FDCPA, 15 U.S.C. § 1692a(6).

## IV. STATEMENT OF CLAIM

10. On February 6, 2012, Stoneleigh sent Plaintiff a form collection letter in an attempt to collect an old, disputed HSBC Card Services consumer account allegedly owed to its client. A copy of the February 6, 2012 letter is attached hereto as Exhibit A (redacted in part per Fed. R. Civ. P. 5.2).

11. Directly below Stoneleigh's letterhead, the dun claims to collect a "Debt Owed To: THE CLIENT, THE BUREAUS INC." (Id.).

12. In contrast to this statement, the letter goes on to say, in the very first line of the text:

> "BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC has referred your delinquent account… to this agency for collection."

(Exhibit "A")

13. Section 1692g(a) of the FDCPA requires a debt collector to provide a consumer with a Notice containing information about the alleged debt and a consumer's rights as more specifically set forth in subsections (a)(1)-(5).

14. This Notice is an important statutory right which must be provided fully and clearly to a consumer.

2

15. Specifically, section 1692g(a) requires a debt collector to include written notice containing *inter alia* "(2) the name of the creditor to whom the debt is owed." 15 U.S.C. § 1692g(a)(2).

16. Defendant's February 6, 2012 letter confusingly states the information required to be disclosed to the consumer under Section 1692g(a)(2).

17. Identifying the current creditor as "THE CLIENT, THE BUREAUS INC." is unclear and inaccurate, and likely false.

18. Defendant's following statement that "BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC has referred your delinquent account … to this agency for collection" compounds the confusion by introducing that entity as the current alleged creditor.

19. The contradictory statement(s) of the current creditor's name misleads and confuses the consumer about the ownership, nature and validity of the debt, and inhibits the consumer's right to dispute and seek validation of the debt under the FDCPA, and violates §1692g.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

20. Plaintiff repeats the allegations contained above as if the same were here set forth at length.

21. The February 6, 2012 collection letter from defendant Stoneleigh violates the Fair Debt Collection Practices Act by failing to fully and clearly give Plaintiff the statutory Notice required by 15 U.S.C. § 1692g.

**WHEREFORE**, Plaintiff Sandra P. Sykes demands judgment against Defendant Stoneleigh Recovery Associates, LLC for:

    (a)    Damages;

      (b)      Attorney's fees and costs; and

      (c)      Such other and further relief as the Court shall deem just and proper.

## V.   DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury as to all issues so triable.

                                                        Respectfully submitted:

Date: 1/14/13

                                          CARY L. FLITTER
                                          THEODORE E. LORENZ
                                          ANDREW M. MILZ
                                          Attorneys for Plaintiff

                                          **FLITTER LORENZ, P.C.**
                                          450 N. Narberth Avenue, Suite 101
                                          Narberth, PA  19072
                                          (610) 822-0782

# EXHIBIT "A"

PO Box 1479
Lombard, IL 60148-8479



**Stoneleigh Recovery Associates, LLC.**

Office Hours:
Monday-Thursday 8am-8pm
Friday 8am-5pm

630-282-5758

SLR/1040792/0001   621005591600   16966/0009635/0040

Sandra P Sykes
5094 Cold Point Hill Rd
Plymouth Meeting, PA 19462-1233

| | |
|---|---|
| Date: | February 06, 2012 |
| Original Creditor: | HSBC CARD SERVICES, INC. |
| Original Account #: | ████4116 |
| SRA File No: | ███0792 |
| Balance Due: | $██████ |
| Debt Owed To: | THE CLIENT, THE BUREAUS INC. |

Dear Sandra P Sykes

BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC has referred your delinquent account of $██████ to this agency for collection.

This notice has been sent by a collection agency. This is an attempt to collect a debt. Any information obtained will be used for that purpose. Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

As of the date of this letter, you owe $██████. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an adjustment may be necessary after we receive your check, in which event we will inform you. For further information, write the undersigned or call 866-724-2330.

If you have any questions, please feel free to contact Andrew Howard at 866-724-2330 between the hours of 8:00 AM and 8:00 PM (CDT).

Regards,

*Andrew Howard*
Andrew Howard

---

**This notice has been sent by a debt collector, this is an attempt to collect a debt; any information obtained will be used for that purpose.**

---

TO ENSURE PROPER CREDIT, DETACH COUPON BELOW AND MAIL IN RETURN ENVELOPE WITH YOUR PAYMENT. BE SURE THE RETURN ADDRESS APPEARS THROUGH THE WINDOW OF THE REPLY ENVELOPE BEFORE MAILING.

Sandra P Sykes
5094 Cold Point Hill Rd
Plymouth Meeting, PA 19462-1233

PLEASE PRINT ADDRESS CHANGES IN BOX BELOW
New Address: _____

Home Phone: (   )
Work Phone: (   )

| | |
|---|---|
| Date: | February 06, 2012 |
| Original Creditor: | HSBC CARD SERVICES, INC. |
| Original Account #: | ████4116 |
| SRA File No: | ███0792 |
| Balance Due: | $██████ |
| Debt Owed To: | THE CLIENT, THE BUREAUS INC. |

▼ SEND ALL PAYMENTS TO ▼

Stoneleigh Recovery Associates, LLC
PO Box 1479
Lombard, IL 60148-8479

Page 1 of 1 / 16966